*531 THUMMA, Judge, dissenting in part:
¶ 22 I would remand the matter to the Department. See, e.g., Zavala v. Ariz. State Pers. Bd., 159 Ariz. 256, 267, 766 P.2d 608, 619 (App.1987) (“ ‘The general rule seems to be that where an administrative agency has been found to have acted in violation of procedural requirements or arbitrarily, the administrative agency is entitled to have the proceedings returned to it.’ ”) (citation omitted); Caldwell v. Ariz. State Bd. of Dental Exam’rs, 137 Ariz. 396, 401, 670 P.2d 1220, 1225 (App.1983) (“Remand to an administrative agency or board is appropriate where the agency has been found to have violated a statutory procedural requirement.”) (citation omitted). In all other respects, I join in the analysis set forth above.